**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00096-CV

_____

## IN RE BRUCE HUFF BEY AND EVELYN HUFF EL, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On January 27, 2026, relators Bruce Huff Bey and Evelyn Huff El filed a letter with our Court containing the subject line "Writ of Mandamus to District Court regarding our ancestral estate and answer" and enclosing the following: (1) a document dated November 13, 2022 entitled "Writ of Mandamus" in which relators requested various relief from the district court; and (2) an undated document entitled

"Answer to Notice of Intent to Dismiss" relators addressed to the district court.[1]

Although the nature of the underlying case and the relief requested by relators are unclear from their filings, relators' complaints appear to be related to an eviction concerning premises from which relators allege they were removed on November 2, 2022. Construing relators' filing with our Court as a petition for writ of mandamus, we deny the petition and all other requested relief.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *In re Bruce Huff Bey*, cause number 2022-84332, previously pending in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding. The Harris County District Clerk's website reflects that the case was dismissed for want of prosecution on July 6, 2023.

Relators' filings with our Court fail to comply with original proceeding requirements enumerated in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3 (form and content of petition); 52.7 (record).